IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PUSH DATA LLC, <br><br> v. <br><br> DOLLAR GENERAL CORPORATION | § <br> § CIVIL ACTION NO. 5:21-CV-00069-RWS <br> § <br> § LEAD CASE <br> § <br> § |
| PUSH DATA LLC, <br><br> v. <br><br> JERSEY MIKES FRANCHISE SYSTEMS INC. | § <br> § CIVIL ACTION NO. 5:21-CV-00070-RWS <br> § <br> § <br> § <br> § |
| PUSH DATA LLC, <br><br> v. <br><br> SHERWIN-WILLIAMS COMPANY | § <br> § CIVIL ACTION NO. 5:21-CV-00072-RWS <br> § <br> § <br> § |
| PUSH DATA LLC, <br><br> v. <br><br> RETAIL SERVICES & SYSTEMS, INC., D.B.A. TOTAL WINE & MORE | § <br> § CIVIL ACTION NO. 5:21-CV-00075-RWS <br> § <br> § <br> § <br> § |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 24th day of June, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE